CHARLES HART et al., Appellants, *v.* SARAH HART et al., Respondents.

*Hart* v. *Hart*, 119 App. Div. 866, affirmed.
(Argued June 9, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1907, affirming a judgment in favor of defendants entered upon the report of a referee in an action to enforce a forfeiture of a legacy for the alleged breach of a condition subsequent.

*John J. Crawford* for appellants.

*Charles F. Brown* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.